AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | DePorre | Telephone: (810) 766-5177 |
|---|---|---|
| Special Agent: | Tolbert, DEA | Telephone: (810) 767-7600 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ryan Ketner,

Case No.    Case: 4:22−mj−30417
Assigned To : Ivy, Curtis, Jr
Assign. Date : 9/30/2022
CMP USA V KETNER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 924(c) | possession of a firearm in the course of drug trafficking |
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) | possession with intent to distribute more than 500 grams or more of methamphetamine |
| 21 § 841(a)(1) & (b)(iii) | possession with intent to distribute 28 grams or more of cocaine base |

This criminal complaint is based on these facts:

18 U.S.C. §§ 924(c) -possession of a firearm in the course of drug trafficking

21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) -possession with intent to distribute more than 500 grams or more of methamphetamine

21 § 841(a)(1) & (b)(iii)-possession with intent to distribute 28 grams or more of cocaine base

☑ Continued on the attached sheet.

_____
Complainant's signature

DanZell Tolbert, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 30, 2022

_____
*Judge's signature*

City and state: Detroit, MI

David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Drug Enforcement Administration Special Agent Danzell Tolbert, being duly sworn, hereby depose and state the following:

### *Introduction and Agent Background*

1.  The purpose of this affidavit is to establish probable cause that on or about September 30, 2022, Ryan Ketner (DOB: xx/xx/1976) violated 18 U.S.C. §§ 924(c) by possessing a firearm in the course of drug trafficking and 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) by possessing with intent to distribute more than 500 grams or more of methamphetamine, and §§ 841(a)(1) & (b)(iii) by possessing with intent to distribute 28 grams or more of cocaine base.

2.  I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA") assigned to the Detroit Field Division, Flint Resident Office, which is located in Genesee County, Eastern District of Michigan. As such, I am a Federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal criminal offenses and make requests for warrants. I have been so empowered since June 21, 2019. I have received specialized training on the subject of drug trafficking and money laundering from the DEA. I have additional history within the law enforcement

profession as I was employed by the Michigan State Police as a trooper for approximately four and a half years. In addition to training received from the DEA, I have been trained by the Michigan State Police Academy, Lansing, Michigan. I am presently involved in overt and covert investigations. I am working in conjunction with other federal, state and local police agencies investigating illegal trafficking of controlled substances and the collection and trafficking of related drug proceeds throughout the United States of America and abroad.

3.   I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth every fact I have learned in this investigation.

### *Probable Cause*

4.   On September 21, 2022, the Honorable U.S. Magistrate Judge Curtis Ivy Jr., having found probable cause, authorized a federal search warrant for a residence located at 1201 Neubert Avenue, Flint, MI and a storage locker located at 4258 Somers Drive, Burton MI 48529.

5. On September 30, 2022, the DEA executed these warrants and the following items of evidence were discovered:

- 1201 Neubert Avenue, Flint, MI – During a search of this single-family residence agents located more than 150 grams of suspected cocaine base within a white cabinet in the dining room area that field tested positive for the presence of cocaine. Agents also located a Masada 9mm handgun on top of a brown cabinet within the same dining room area. Ryan Ketner and a female were present at the residence at the time of the search warrant. Investigators also located a set of keys on top of the master bedroom dresser. One of these keys would later be used to unlock a pad lock securing storage unit 514, Building E, 4258 Somers Drive, Burton, MI.

- Unit 514, Building E, 4258 Somers Drive, Burton MI – During a search of this storage unit agents located a heat-sealed bag containing a small plastic tote that further contained more than 500 grams of a substance that field tested positive for the presence of methamphetamine. Agents also located one 5.56 caliber American Tactical rifle, one Hammerli .22 caliber rifle, and one Smith &Wesson .22 caliber pistol. Also discovered were dozens of bullets of various calibers and multiple pieces of mail addressed to Ryan Ketner at 1201 Neubert Avenue.

6. A review of the One-Self Storage rental agreement for Unit 514 provided to agents by an employee of the storage locker business revealed Ryan Ketner (address of 1201 Neubert Avenue) as the current renter of the storage unit.

7. A custodial interview was conducted at the DEA Flint Resident Office. Prior to this interview Ketner was read his Miranda rights by me, as witnessed by Task Force Officer Fowlkes. Ketner stated he understood his rights and was willing to answer questions. Ketner stated that the two pounds of methamphetamine located in the storage unit belonged to him. Ketner stated that he received multi-pound quantities of methamphetamine from an unidentified Hispanic male, and he (Ketner) would resell that methamphetamine. Ketner stated that he purchased one of the firearms that was seized from the storage unit from a person in Flint for approximately $300 to $350. Ketner stated that the other two firearms belonged to another person who left them in his garage at 1201 Neubert Ave., Flint, MI. Ketner stated that he knew it was unlawful for him to own or possess a firearm so he moved the firearms from his home to the storage unit.

8. Based on my training and experience, more than 500 grams of methamphetamine is inconsistent with personal use, and alone shows an intent to distribute. Furthermore, based on my training and experience, more than 150 grams of cocaine base found in Ketner's residence was inconsistent with personal

use and was of an amount that demonstrates an intent to distribute the cocaine base.

9. During the custodial interview of Ketner, he told me that he sells methamphetamine and he intended to sell the methamphetamine discovered during the search of storage unit 514. I also know that drug dealers often have firearms readily available to protect their drugs, assets, and themselves from being robbed by competitors. As noted above, agents located a Masada 9mm handgun within the same room where more than 150 grams of cocaine base was discovered. Agents also located three additional firearms and dozens of rounds of ammunition in a storage locker belonging to Ketner where more than 500 grams of methamphetamine was discovered which Ketner admits was for distribution.

## *Conclusion*

12. Based on the above, there is probable cause to believe that on September 30, 2022, in the Eastern District of Michigan, Ryan Ketner (DOB: xx/xx/1976) violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) by possessing with intent to distribute more than 500 grams or more of methamphetamine, and §§ 841(a)(1) & (b)(iii) by possessing with intent to distribute 28 grams or more of cocaine base. Also, based on the above, there is probable cause to believe that on September 30, 2022, in the Eastern District of Michigan Ryan Ketner violated 18 U.S.C. § 924(c) by possessing a firearm in the course of a drug trafficking crime, specifically,

possession with intent to distribute cocaine base, at the 1201 Neubert Avenue, Flint, MI residence and 18 U.S.C. § 924(c) by possessing firearms in the course of a drug trafficking crime, specifically, possession with intent to distribute methamphetamine at Unit 514, Building E, 4258 Somers Drive, Burton MI.

Respectfully submitted,

Danzell Tolbert
DEA Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on September 30, 2022.

Hon. David R. Grand
United States Magistrate Judge